1 ALEX G. TSE (CABN 152348)
Acting United States Attorney
2 SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
claire.cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT STEVEN KANG,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID JENNINGS, Field Office Director of San Francisco Office of Detention and Removal, U.S. Department of Homeland Security; THOMAS D. HOMAN, Acting Director, Immigration and Customs Enforcement, U. S. Department of Homeland Security; KIRSTJEN NIELSEN, in her Official Capacity, Secretary, U.S. Department of Homeland Security; SCOTT R. JONES, Sheriff, Sacramento County Sheriff's Department;<br><br>    Respondents. | CASE NO. 5:18-cv-01017-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE RELATING TO PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner Robert Steven Kang filed his Petition for Writ of Habeas Corpus on February 15, 2018. The Court issued a Procedural Order for Immigration Mandamus Cases, setting a schedule for an answer and then summary judgment motions. However, given that this is not a mandamus case, the parties believe that a more efficient procedure for this habeas matter would be for respondents to file a Return and for petitioner to then file a Traverse. Accordingly, the parties hereby STIPULATE AND REQUEST that the Court vacate the schedule in the previous procedural order and instead order the following schedule:

| | |
|---|---|
| April 23, 2018 | Last day for respondents to file a Return responding to the petition |
| May 14, 2018 | Last day for petitioner to file a Traverse |

The parties request that the Court rule on this matter after submission of the Return(s) and Traverse, unless the Court requests further briefing or a hearing.[1]

Dated: April 18, 2018

ALEX G. TSE
ACTING UNITED STATES ATTORNEY

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
Assistant United States Attorney[2]

Dated: April 18, 2018

VAN DER HOUT, BRIGAGLIANO, & NIGHTINGALE, LLP

/s/ Zachary Nightingale
_____
ZACHARY NIGHTINGALE
REBECCA DAMES
Attorneys for Petitioner

Dated: April 18, 2018

ROBYN TRUITT DRIVON
SACRAMENTO COUNTY COUNSEL

/s/ James R. Wood
_____
JAMES R. WOOD
Attorneys for Sacramento County Sheriff, Scott R. Jones

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: May 4, 2018

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for the federal respondents advises that she will be on leave, including vacation out of the country, from April 23 to May 11, 2018. She therefore requests that no federal respondents' briefing or hearing be scheduled during her absence.

[2] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO. 5:18-CV-01017 LHK