UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT S. KANG,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID JENNINGS, et al.,<br><br>    Respondents. | Case No. 18-CV-01017-LHK<br><br>**JUDGMENT** |

On August 24, 2018, the Court denied Petitioner Robert S. Kang's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 23.  The Clerk shall enter judgment in favor of Respondents.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 24, 2018

                                                    _____
                                                  LUCY H. KOH
                                                  United States District Judge